**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ELIZABETH LUNA BASTIDAS, et al.,

    Plaintiffs,

vs.                                                       Case No. 3:12-cv-316-J-34PDB

MARSHALL CURTISS JUSTICE, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On December 10, 2013, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 131; Order). The Court also provided that the parties shall have until February 10, 2014, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by February 10, 2014, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate any previously scheduled deadlines and pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of February, 2014.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record